

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00038-CV

**IN THE ESTATE OF EMILY D. PRIETO**, Deceased,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellee's brief is currently due on January 17, 2023. On January 3, 2023, appellee filed a "Notice of Incomplete Clerk's Record, Request to Clerk to Supplement Record, and Unopposed Request for Small Extension of Time to File Responsive Brief," maintaining the clerk's record is incomplete and requesting an extension of time to file his brief. Specifically, appellee states the clerk's record is missing complete copies of the following documents:

1. Application for Probate of Will Produced in Court and For Issuance of Letters Testamentary, including the Will, Death Certificate, and Fiat, filed on September 16, 2008, and
2. Probate a Will, including Proof of Death and Other Facts and Order Probating Will, filed on September 29, 2008.

Appellee further maintains the clerk's record is missing the following documents:

1. Complaint; Letter/Testamentary filed on September 21, 2008 and
2. Inventory filed on May 21, 2009.

Under Texas Rule of Appellate Procedure 34.5(c), if a relevant item has been omitted from the clerk's record, the appellate court may direct the trial court clerk to prepare, certify, and file a supplemental record containing the omitted items. *See* TEX. R. APP. P. 34.5(c). Accordingly, we **order** the trial court clerk to file complete copies of the above-listed documents **by January 25, 2023**. We further **grant** appellee's request for an extension of time and **order** appellee to file her brief **by February 9, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court